IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDDIE FRANK FLOYD, III, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-103 |
| v. | |
| WARDEN DOUG WILLIAMS, | |
| Defendant. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and Plaintiff's Objections, (doc. 15), are **OVERRULED**.

The Court **DISMISSES** Plaintiff's claims for monetary relief against Defendant in his official capacity, **DISMISSES** all claims for monetary relief under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), and **DISMISSES** all claims for compensatory and punitive damages under 42 U.S.C. § 1983. Additionally, Court **DENIES** Plaintiff's request for a preliminary injunction. Plaintiff's claims for injunctive relief under the RLUIPA and for injunctive relief and nominal damages under Section 1983 shall proceed.

**SO ORDERED**, this 8th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA