IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDDIE FRANK FLOYD, III, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN DOUG WILLIAMS, <br><br> Defendant. | CIVIL ACTION NO.: 6:15-cv-103 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 50), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **GRANTS** Defendant's Motion for Summary Judgment, (doc. 36), **DENIES** Plaintiff's Motion for Summary Judgment, (doc. 34), **DISMISSES** Plaintiff's Complaint, **DISMISSES AS MOOT** all other pending Motions, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA